# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00164-RJC-DSC

| | |
|---|---|
| JACLYN ABNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CLIFFORD J. WHITE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Defendant's Response to Court Order Regarding Mediation" (document #9). <u>See also</u> "Order" (document #8), Text Order entered November 20, 2018 by the Honorable Robert J. Conrad, Jr. (referring issue of mediation to the undersigned), and Plaintiff's "Notice Regarding Order to Engage in Alternative Dispute Resolution" (document # 7).

Having reviewed Defendant's Response, the Court concludes that it is appropriate to provide the parties a final opportunity to comply with Judge Conrad's Order that they mediate their case. <u>See</u> "Pretrial Order and Case Management Plan" at Paragraph IV (document #4) (<u>ordering</u> parties to complete alternative dispute resolution no later than November 15, 2018).

Accordingly, the mediation deadline is extended to December 28, 2018. All other terms of the "Pretrial Order and Case Management Plan" (document #4) remain in full force and effect.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr..

Signed: November 29, 2018

**SO ORDERED**.

_____

David S. Cayer
United States Magistrate Judge